No. 02–1102. HOUGHTON ET AL. *v.* UTAH DEPARTMENT OF HEALTH ET AL. Sup. Ct. Utah. Certiorari denied. ■

No. 02–1104. SPARACO *v.* LAWLER, MATUSKY, SKELLY, ENGINEERS LLP ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 02–1106. ABKA LIMITED PARTNERSHIP ET AL. *v.* WISCONSIN DEPARTMENT OF NATURAL RESOURCES ET AL. Sup. Ct. Wis. Certiorari denied. ■

No. 02–1108. WILLSON *v.* CATHOLIC CHARITIES INC. ET AL. Ct. App. Kan. Certiorari denied. ■

No. 02–1110. WATERS *v.* ANDERSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–1113. LINEHAN *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. ■

No. 02–1114. MATTHEWS *v.* COLUMBIA COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied. ■

No. 02–1117. DAVIS ET UX. *v.* SOUTHERN ENERGY HOMES, INC. C. A. 11th Cir. Certiorari denied. ■

No. 02–1118. ROANE *v.* WASHINGTON COUNTY HOSPITAL ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 02–1122. ROBLES *v.* PRINCE GEORGE'S COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 02–1132. CHRISTMAN ET UX. *v.* SANDT ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 02–1140. GRANT ET AL. *v.* CHEVRON PHILLIPS CHEMICAL CO. C. A. 5th Cir. Certiorari denied. ■